# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

John R. Smith

Plaintiff

v.

U.S.A. and Constance Reese

Defendants

Case No. Civil 01-2298 DSD/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's application for leave to proceed in forma pauperis is denied. Petitioner's application for habeas corpus is summarily dismissed for lack of jurisdiction.

DATE: January 15, 2002

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk

7